IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID E. SCHEURICH<br>M53661 | | PLAINTIFF |
| v. | No. 1:17-cv-54-DPM | |
| L. GARRIOTT, Corporal, Cleburne<br>County Detention Center | | DEFENDANT |

## JUDGMENT

Scheurich's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2017