# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DAVID E. SCHEURICH**
**M53661**                                        **PLAINTIFF**

v.                              No. 1:17-cv-54-DPM

**L. GARRIOTT, Corporal,**
**Cleburne County Detention Center**              **DEFENDANT**

## ORDER

Motion for copies, № 16, granted as modified. The Court directs the Clerk to send Scheurich a copy of the docket sheet. There is no status report in this case; but the Court directs the Clerk to send Scheurich another copy of the 11 October 2017 recommendation. The Court extends the deadline for objections to 3 November 2017.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

19 October 2017