# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID E. SCHEURICH**
**M53661**                                                              **PLAINTIFF**

v.                               No. 1:17-cv-54-DPM

**L. GARRIOTT, Corporal,**
**Cleburne County Detention Center**                                   **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts the recommendation, № 15, as modified and overrules Scheurich's objections, № 21 & 22. FED. R. CIV. P. 72(b)(3). The modification: Scheurich's claims will all be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2017