# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DAVID E. SCHEURICH
M53661                                                              PLAINTIFF

v.                          No. 1:17-cv-54-DPM

L. GARRIOTT, Corporal,
Cleburne County Detention Center                                    DEFENDANT

## JUDGMENT

Scheurich's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2017