# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DAVID E. SCHEURICH
M53661                                                        PLAINTIFF

v.                       No. 1:17-cv-54-DPM

L. GARRIOTT, Corporal,
Cleburne County Detention Center                              DEFENDANT

## ORDER

Motion for reconsideration, № 26, denied. The Court stands by the 15 November 2017 Order and Judgment. № 23 & 24.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 December 2017